HMK/mhb FS 7992

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
COUTINHO & FERROSTAAL, INC., f/k/a
MAN FERROSTAAL, INC.

|                                              |                          |
| -------------------------------------------- | ------------------------ |
| Plaintiff,                                   | 08 CV 5257 (SAS)(DF)     |
|                                              | ECF CASE                 |
| -against-                                    |                          |
| M/V NEW CONCORD, her engines, boilers,       | **RULE 7.1 STATEMENT**   |
| tackle, etc., AND STX PAN OCEAN CO. LTD.     |                          |
| Defendants.                                  |                          |

---------------------------------------------------------X

PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE

FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK

WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT

CORPORATION:   MAN FERROSTAAL AG, MAN AG, FERROSTAAL METALS

GMBH, COUTINHO & FERROSTAAL GMBH & CO. KG.

Dated: June 3, 2008

                        KINGSLEY, KINGSLEY & CALKINS
                        Attorneys for Plaintiff


                        BY:__/S/_____
                          HAROLD M. KINGSLEY
                          91 W. Cherry Street
                          Hicksville, New York 11801
                          (516) 931-0064