UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COUTINHO & FERROSTAAL, INC. f/k/a
MAN FERROSTAAL, INC.

                Plaintiff,                          08 CIV. 5257 (SAS)(DF)
                                                            ECF CASE
     -against-

M/V NEW CONCORD, her engines, boilers,          **AMENDED**
tackle, etc., and STX PAN OCEAN CO. LTD.          **VERIFIED**
                                                                 **COMPLAINT**
                Defendants.

------------------------------------------------------------X

       Plaintiffs through their attorney KINGSLEY, KINGSLEY & CALKINS allege for their amended verified complaint herein:

       1.     This is a claim under the Court's Admiralty and Maritime jurisdiction with respect to the carriage of goods by water, and under the Federal question jurisdiction under the Interstate Commerce Act, and Court's diversity and pendent jurisdiction with respect to the remaining aspects of the claim.

       2.     Plaintiffs are the owners or duly authorized representatives of the owners or underwriters or subrogated underwriters of cargo shipped on board the captioned vessel which is more particularly described in Amended Schedule A hereto, and for which bills of lading were issued.

       3.     Defendants were vessel owners, suppliers, sellers, shippers, inspectors, managers, operators, charterers, freight forwarders, stevedores, terminal operators, common carriers by water and by land, bailees for hire, insurers and sureties with respect to the cargo described in Amended Schedule A hereto which was sold, shipped, inspected, carried, kept, discharged and

delivered from the captioned vessel, inland conveyances, terminals and warehouses by defendants.

    4.    The cargo described in Amended Schedule A was lost and damaged by defendants due to the fault, neglect, deviation, unseaworthiness, maritime tort, tortious interference with contract, breach of warranty, sinking, stranding, salvage expenses, general average and conversion of defendants, their agents and servants, and delivered by defendants in non-conforming and contaminated condition, mis-delivered and non-delivered.

    5.    The vessel is now or will be during the pendency of this action within the jurisdiction of this Honorable Court.

    6.    Plaintiffs' sue on their own behalf and as agents and trustees on behalf of any other party who may now have or hereinafter acquire an interest in this action.

    7.    If this claim is subject to Arbitration then plaintiffs hereby demand such Arbitration and appoint Lucienne C. Bulow of New York City as arbitrator thereof.

    8.    Plaintiffs' damages are in excess of $75,000.00.

WHEREFORE, plaintiffs demand judgment in an amount exceeding $75,000.00 plus interest and costs and pray the Court to issue its process against the aforesaid defendants and vessel.

Dated: July 18, 2008

                                  KINGSLEY, KINGSLEY & CALKINS
                                  Attorneys for Plaintiffs

                                            BY:__/S/_____  
                                                  HAROLD M. KINGSLEY  
                                                  91 West Cherry Street  
                                                  Hicksville, New York 11801  
                                                  (516) 931-0064  
                                                  hmk@kingsleyandkingsley.com

AMENDED SCHEDULE A

| | |
|---|---|
| OUR REF: | FS 7992 |
| VESSEL: | M/V NEW CONCORD |
| PORTS: | SHANGHAI/CAMDEN, NJ |
| BILLS OF LADING: | POBUSHACDNO70617 |
| DATED: | JUNE 30, 2007 |
| CHARTER PARTY: | BETWEEN STX PAN OCEAN CO. LTD. AND MAN FERROSTAAL, INC.<br>DATED: JUNE 20, 2007 |
| DESCRIPTION OF CARGO: | STEEL PIPE |
| AMOUNT: | $ 75,000.00 |

VERIFICATION

      Harold M. Kingsley, the undersigned, an attorney admitted to practice in the courts of the state of New York , state that I am the attorney of record for COUTINHO & FERROSTAAL, INC., f/k/a MAN FERROSTAAL, INC. in the within action; I have read the foregoing Amended Verified Complaint and know the contents thereof; and I declare and affirm under penalties of perjury that the same is true to my knowledge based on documents in my file, on information and belief, and which I believe to be true.

      The reason this Verification is made by the undersigned and not by an officer of COUTINHO & FERROSTAAL, INC. is that there are no officers now present in Nassau County where affiant has his office.

Dated: July 18, 2008

                                                                 ___/S/_____
                                                                  HAROLD M. KINGSLEY