## Kingsley, Kingsley & Calkins
ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

RECEIVED
CHAMBERS OF
JUL 29 2008
JUDGE SCHEINDLIN

July 29, 2008

Hon. Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, RM 1620
New York, NY 10007
Attn: Mr. James Reily

**By Fax**

U.S. ...
DOC...
ELECT...
DOC #:
DATE FILED: 7/30/08

RE: Countinho & Ferrostaal, Inc. v.
M/V NEW CONCORD, et al.
08 CV 5257 (SAS)(DF)
Our Ref: FS 7992

Dear Judge Scheindlin:

We represent the plaintiff herein. We write to respectfully request an adjournment of the initial pretrial conference scheduled for Friday, August 1, 2008, at 4:30 P.M. This is the first request for an adjournment.

This action is a maritime cargo insurance claim that was filed on June 9, 2008, and an amended complaint was filed on July 21, 2008. The defendant has been served in New Jersey and they have expressed an interest in exploring settlement so that they do not need to appoint a lawyer which would increase their costs.

Thus, to allow the parties to explore settlement without the need for judicial intervention, we respectfully request a 60 day adjournment of the initial case management conference at a time convenient for the Court.

Thank you.

Respectfully,

[signature]

No further adjournments

KTM/

*Handwritten endorsement:*
The plaintiff's request is hereby granted. The conference previously scheduled for August 1, 2008, at 4:30 PM is adjourned to September 12, 2008, at 3:00 P.M. SO ORDERED

[signature]
Shira A. Scheindlin, USDJ
Date: 7/29/08