# United States District Court

SOUTHERN  DISTRICT OF  NEW YORK

COUTINHO & FERROSTAAL, INC., f/k/a
MAN FERROSTAAL, INC.

Plaintiff,

V.

M/V NEW CONCORD, her engines, boilers,
tackle, etc., AND STX PAN OCEAN CO. LTD.

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 CV 5257

JUDGE SCHEINDLIN

TO:

STX PAN OCEAN CO., LTD.
17th Floor, STX Namsan Tower, 631
Namdaemunno 5-ga, Jung-gu
Seoul, Korea 100-803

**YOU ARE HEREBY SUMMONED** and required to serve upon **PLAINTIFF'S ATTORNEY** (name and address)

KINGSLEY, KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
(516) 931-0064

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JUN 09 2008

CLERK  J. MICHAEL MCMAHON        DATE

(BY) DEPUTY CLERK

*Catherine Lapsley*

## AFFIDAVIT OF SERVICE

June 17, 2008

SHERIFFS NUMBER  Law 231254         DEFENDANT 1 OF 1         BERGEN COUNTY SHERIFF DEPT
TYPE OF SERVICE                                              MARTHA

I, LEO P. MCGUIRE, SHERIFF OF BERGEN COUNTY, DO HEREBY DEPUTIZE  S/O Serge Walter
AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.

**ATTORNEY**                                   CHECK #            AMOUNT
KINGSLEY & KINGSLEY                            10327              $  33.92
91 W. CHERRY STREET
HICKSVILLE, NY 11801                           CONTROL # 118539-1

### COURT DATA

COURT    US DISTRICT
DOCKET 08CV5257                    STATE  NY        COUNTY OF VENUE  SOUTHERN

### CAPTION OF CASE

COUTINHO & FERROSTAAL INC ET ALS
VS
M/V NEW CONCORD ET ALS

### NAMED WITHIN TO BE SERVICE

NAME            **PANOBULK AMERICA INC**
ADDRESS         201  ~~207~~ RT 17 NORTH 6TH FLR
CITY, STATE, ZIP  **RUTHERFORD, NJ 07070**

### PAPERS SERVED
SUMMONS, VERIFIED COMPLAINT, VERIFICATION AND NOTICE

### SERVICE DATA RECORDED

[ ✓ ] SERVED   [  ] UNABLE TO SERVE   (1) _____     DATE [8]/[15]/[08]
ATTEMPTS  1                            (2) _____     TIME [10]:[25]:[AM]

**REMARKS:** _____

**PERSON SERVED:** Dy Lee - President

[ ] COPY PERSONALLY DELIVERED              [ ] MANAGING or GENERAL AGENT, PARTNER
[ ] COPY LEFT WITH:                        [ ] REGISTERED AGENT
    COMPETENT HOUSEHOLD MEMBER OVER        [✓] AGENT AUTHORIZED TO ACCEPT
    14 YRS OF AGE RESIDING THEREIN         [ ] DIRECTOR, TRUSTEE
[ ] OFFICER

            [ ] IS IN THE MILITARY        [✓] NOT IN THE MILITARY
SEX:     [✓] MALE       [ ] FEMALE
SKIN:    [✓] WHITE      [ ] BLACK     [ ] YELLOW     [ ] BROWN      [ ] RED
HEIGHT:  [ ] UNDER 5 FEET    [✓] 5.0-5.6 FT    [ ] 5.7-6.0 FT    [ ] OVER 6 FT
WEIGHT:  [ ] UNDER 100 LBS   [✓] 100-150 LBS.  [ ] 151-200 LBS   [ ] OVER 200 LBS
HAIR:    [✓] BLACK   [ ] BROWN   [ ] BLOND   [ ] GRAY   [ ] RED   [ ] WHITE   [ ] BALDING
AGE:     [ ] 14-20   [ ] 21-35   [✓] 36-50   [ ] 51-65   [ ] OVER 65

SWORN AND SUBSCRIBED TO BEFORE ME
THIS ___ DAY OF 8 20 08                    S/O Serge Walter
                                           DEPUTY SHERIFF OF BERGEN COUNTY
Kimberly D. Provenzano                     STATE OF NEW JERSEY

KIMBERLY D. PROVENZANO
COMMISSION EXPIRES
7-13-09